[No. 1295-1.   Division One—Panel 2.   June 4, 1973.]

THE BOEING COMPANY, *Respondent,* v. A. M. MUSHKIN *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 727836, Henry Clay Agnew, J., entered August
6, 1971. *Affirmed* by unpublished opinion per Horowitz, J.,
concurred in by Williams and Callow, JJ.

[No. 1559-1.   Division One—Panel 2.   June 4, 1973.]

ROBERT BUNKER, *Respondent,* v. THE DEPARTMENT OF MOTOR
VEHICLES, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 107713, Alfred O. Holte, J., entered
March 16, 1972. *Reversed* by unpublished per curiam opin-
ion.

[No. 1782-1.   Division One.   June 4, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE ALBERT
GREATHOUSE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 59424, Eugene G. Cushing, J., entered June 27,
1972. *Affirmed* by unpublished opinion per Swanson, C.J.,
concurred in by Horowitz and Farris, JJ.

[No. 819-2.   Division Two.   June 6, 1973.]

GRIFFINS DECORATING, INC., *Respondent,* v. EVERGREEN STATE
BUILDERS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 206850, Stanley W. Worswick, J., entered June
12, 1972. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Pearson, C.J., and Petrie, J.